JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS G. BRADFORD,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>DANIEL PARAMO, Warden,<br><br>　　　　　Respondent. | Case No. 2:17-cv-05756-JAK-JC<br><br>JUDGMENT |

　　　Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　　IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed with prejudice.

　　　IT IS SO ADJUDGED.

DATED: December 22, 2020

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE