UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DOUGLAS G. BRADFORD,

              Petitioner,

      v .

DANIEL PARAMO,

              Respondent.

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.  2:17-cv-05756-JAK-JC

ORDER GRANTING A
CONDITIONAL WRIT OF HABEAS
CORPUS

On December 22, 2020, the District Court entered judgment in this action denying Petitioner Douglas G. Bradford's Petition for Writ of Habeas Corpus by a Person in State Custody and dismissing this action with prejudice.  (Docket No. 31).  On May 3, 2024, the United States Court of Appeals for the Ninth Circuit ("Ninth Circuit") in Ninth Circuit Case No. 21-55038 reversed the District Court judgment and remanded with instructions to grant a conditional writ of habeas corpus, ordering Petitioner Douglas G. Bradford's release unless the State of California notifies the District Court within thirty days of the issuance of the Ninth Circuit's mandate, that it intends to retry Bradford without excluding the evidence pertaining to Joseph Giarrusso, and commences Bradford's retrial within seventy

1

days of issuance of the mandate.  (Docket No. 36).  On July 18, 2024, the Ninth Circuit issued its formal mandate pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure directing that its judgment, entered on May 3, 2024, take effect.  (Docket No. 39).

In light of the foregoing, this Court grants Petitioner a conditional writ of habeas corpus and orders that Petitioner be released unless the state of California notifies this Court within thirty days of the issuance of the Ninth Circuit's mandate, that it intends to retry Petitioner without excluding the evidence pertaining to Joseph Giarrusso, and commences Petitioner's retrial within seventy days of issuance of the mandate.  The Clerk shall enter judgment accordingly.

IT IS SO ORDERED.

DATED: July 19, 2024

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE