UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DOUGLAS G. BRADFORD,

                    Petitioner,

       v.

DANIEL PARAMO,

                    Respondent.

Case No.  2:17-cv-05756-JAK-JC

JUDGMENT

Pursuant to this Court's Order Granting a Conditional Writ of Habeas Corpus, IT IS ADJUDGED that a conditional writ of habeas corpus is granted and that Petitioner Douglas G. Bradford shall be released unless the state of California notifies this Court within thirty days of the issuance of the Ninth Circuit's July 18, 2024 mandate, that it intends to retry Petitioner without excluding the evidence pertaining to Joseph Giarrusso, and commences Petitioner's retrial within seventy days of issuance of the mandate.

     IT IS SO ADJUDGED.

DATED: July 19, 2024

_____

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE